[No. 68150-8-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK JOSEPH NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01601-8, Anita L. Farris, J., entered December 23, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Spearman, J.

[No. 68207-5-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO GARCIA-BONILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07315-3, James D. Cayce, J., entered January 6, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 68250-4-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ARTHUR BATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00728-4, James D.Cayce, J., entered December 23, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 68311-0-I.  Division One.  June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND LLOYD ATCHISON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-02377-4, Larry E. McKeeman, J., entered February 2, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Spearman, JJ.